■ **603**

561 A.2d 179

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

Edward S. FELDMAN.

Misc. Docket (Subtitle BV) No. 33, September Term, 1988.
Misc. Docket (Subtitle BV) No. 2 September Term, 1989.

Court of Appeals of Maryland.

July 21, 1989.

## ORDER

This matter came before the Court on the joint petition of the Attorney Grievance Commission of Maryland and Respondent to place Respondent on indefinite suspension.

It is this 21st day of July, 1989

ORDERED, that Respondent, Edward S. Feldman, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland effective August 4, 1989.